IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DIANE THOMAS-LANSKA, et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO. 2:13-cv-014330

ANTOINE A. HANNA, M.D.,

        Defendant.

## MEMORNADUM OPINION AND ORDER

On May 30, 2019, I entered an order dismissing "John Does 1-100" defendants without prejudice and directing plaintiffs to show cause on or before June 6, 2019, why their case should not be dismissed without prejudice as to the remaining defendant, Antoine E. Hanna, M.D., pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown case. The court **ORDERS** that plaintiffs' case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 20 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 11, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE