IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DIANE THOMAS-LANSKA, et al.,

        Plaintiffs,

v.                      CIVIL ACTION NO. 2:13-cv-014330

ANTOINE A. HANNA, M.D.,

        Defendant.

## MEMORNADUM OPINION AND ORDER

The court **ORDERS** that the Memorandum Opinion and Order [ECF No. 28] entered June 11, 2019, is **VACTAED.**

On May 30, 2019, I entered an order dismissing "John Does 1-100" defendants without prejudice and directing plaintiffs to show cause on or before June 6, 2019, why their case should not be dismissed without prejudice as to the remaining defendant, Antoine E. Hanna, M.D., pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown case. The court **ORDERS** that plaintiffs' case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 13, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE